# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

UNITED STATES OF AMERICA,

    Plaintiff,   :   Case No. 2:17-cr-164
                                  Also Case No. 2:22-cv-310

- vs -

                                  District Judge Edmund A. Sargus, Jr.
JOSE DANIEL GONZALEZ-CAMPOS,   Magistrate Judge Michael R. Merz

    Defendant.   :

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 1454) to whom this case was referred pursuant to 28 U.S.C. § 636(b) and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Defendant's § 2255 motion be DENIED. Defendant is DENIED a certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

Pursuant to Fed.R.Civ.P. 58, the Clerk shall enter judgment to this effect.

June 6, 2022.                                                      s/Edmund A. Sargus, Jr.
                                                      District Judge Edmund A. Sargus, Jr.
                                                         United States District Court